# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

ARACELIS FIGUEROA PARIS

DEBTOR(S)

CASE NUMBER: 09-07828 SEK

CHAPTER 13 ( ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

   **COMES NOW**, Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

   1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

   2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. Plan fell short after confirmation.**

   3. Debtor (s) amend plan call for twenty (20) payments of $400.00, forty (40) payments of $600.00 and a Lump Sum Payment of $15,000.00 within 24 months for a total base of $47,000.00 dollars.

   4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

### NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 6th day of July, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

RESPECTFULLY SUBMITTED.

/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  
**FIGUEROA PARIS, ARACELIS**  
Debtor(s)

Case No. **09-07828** _SEK_  
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **6/30/2010**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 20 = $ 8,000  
$ _____ x _____ = $ _____  
$ 600.00 x 40 = $ 24,000  
$ _____ x _____ = $ _____  
$ _____ x _____ = $ _____  

TOTAL: $ 32,000

Additional Payments:  
$ 15,000.00 be paid as a LUMP SUM within 24 months with proceeds to come from:  
☑ Sale of Property identified as follows:

☑ Other:  
**PROPERTY REFINANCING**

Periodic Payments to be made other than, and in addition to the above:  
$ _____ x _____ = $ _____

PROPOSED BASE: $ **47,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:  
Cr. **DORAL FINANCIAL** Cr. _____ Cr. _____  
# **5870** # _____ # _____  
$ **6,340.00** $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **BBVA BANCO** Cr. **MUEBLERIAS BERR** Cr. _____  
# **2008** # **0104** # _____  
$ **7,008.00** $ **2,530.25** $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:  
**AEELA**    **COOP A/C DEPART**

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:  
**DORAL FINANCIAL**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other:  
☐ Paid 100% / ☐ Other:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*  
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO BBVA ACCOUNT ENDING NUMBER 2008 UNTIL CONFIRMATION $200.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA ACCOUNT ENDING NUMBER 2008 THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $1,000.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON OCTOBER 2009

PLAN 100% PLUS 6% INTEREST PER ANUM

Signed: _____  
Debtor

_____  
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**    Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA              DORAL BANK
0104-3                                   ANGEL VAZQUEZ BAUZA ESQ           NAYELI DIAZ FEBLES ESQ
Case 09-07828-SEK13                      PO BOX 191017                     PO BOX 70308
District of Puerto Rico                  SAN JUAN, PR 00919-1017           SAN JUAN, PR 00936-8308
Old San Juan
Tue Jul  6 15:38:33 AST 2010

EASTERN AMERICA INSURANCE COMPANY        US Bankruptcy Court District of P.R.   AAA
PO BOX 9023862                           U.S. Post Office and Courthouse Building  PO BOX 70101
SAN JUAN, PR 00902-3862                  300 Recinto Sur Street, Room 109       SAN JUAN, PR 00936-8101
                                         San Juan, PR 00901-1964

ABELA                                    BANCO BILBAO VIZCAYA ARG          BBVA BANCO
P.O. BOX 364508                          ANGEL M VAZQUEZ BAUZA             PO BOX 364745
SAN JUAN, PR 00936-4508                  PO BOX 191017                     SAN JUAN, PR 00936-4745
                                         SAN JUAN PR 00919-1017

COMMOLOCO                                COOP A/C DEPARTAMENTO DE HACIENDA   DEPARTAMENTO DE HACIENDA
P.O. BOX 19697                           PO BOX 9024140                      PO BOX 9024140
SAN JUAN, PR 00910                       SAN JUAN, PR 00902-4140             OFICINA 424 B
                                                                             SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO                 DIRECT TV                         DORAL BANK
AVE. MUOZ RIVERA 505                     PO BOX 71413                      PO BOX 70308
HATO REY, PR 00918-3352                  SAN JUAN, PR 00936-8513           SAN JUAN, PR 00936-8308

DORAL FINANCIAL CORPORATION              Department of Treasury            EASTERN AMERICA INS. CO.
PO BOX 71529                             Bankruptcy Section (424-B)        PO BOX 9023862
SAN JUAN, PR 00936-8629                  PO Box 9024140                    SAN JUAN, PR 00902-3862
                                         San Juan, PR 00902-4140

FEDERAL LITIGATION DEPT OF JUSTICE       GLORIA HERNANDEZ                  HOME DEPOT CREDIT SERVICES
PO BOX 9020192                           PO BOX 91                         PROCESSING CENTER
SAN JUAN, PR 00902-0192                  TRUJILLO ALTO, PR 00977-0091      DES MOINES, IA 50364-0500

(p)INTERNAL REVENUE SERVICE              ISLAND FINANCE                    JC PENNEY
CENTRALIZED INSOLVENCY OPERATIONS        130 EXP. MARTINEZ NADAL 103       PO BOX 364788
PO BOX 21126                             GUAYNABO, PR 00969                SAN JUAN, PR 00936-4788
PHILADELPHIA PA 19114-0326

MARIANNE                                 MONEY EXPRESS                     MUEBLERIAS BERRIOS
PO BOX 659706                            PO BOX 9146                       PO BOX 674
SAN ANTONIO, TX 78266-9705               SAN JUAN, PR 00908-0146           CIDRA, PR 00739-0674

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     PR ACQUISITIONS, LLC              PR TELEPHONE CO
PO BOX 41067                             C/O OPERATING PARTNERS CO INC     PO BOX 71401
NORFOLK VA 23541-1067                    270 MUNOZ RIVERA AVENUE SUITE 400 SAN JUAN, PR 00936-8501
                                         SAN JUAN PR 00918-1910
```

| | | |
|---|---|---|
| PREPA<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE. STE 1120<br>MIAMI, FL 33131-1605 | Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>As Assignee of JC Penney Consumer Puerto<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>As Assignee of Wal-Mart<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | SANTANDER FINANCIAL SERVICE<br>C/O Ligia Rivera Bujosa<br>PO BOX 7011<br>PONCE, PR 00732-7011 | TRIPLE-S PROPIEDAD<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 |
| WALMART<br>PO BOX 530927<br>Atlanta, GA 30353-0927 | WORLD FINANCIAL<br>C/O WEINSTEIN AND RILEY, PS<br>PO BOX 2001 WESTERN AVE., STE 400<br>SEATTTLE, WA 98111-2001 | ARACELIS FIGUEROA PARIS<br>CALLE JACINTA LACEN<br>F 19 VILLA SAN ANTON<br>CAROLINA, PR 00987 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG, ROOM 1014<br>2 PONCE DE LEON AVE. STOP 27 1/2<br>SAN JUAN, PR 00918-1693 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)FIGUEROA PARIS, ARACELIS | End of Label Matrix<br>Mailable recipients  41<br>Bypassed recipients   1<br>Total                 42 |