# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-07828 SEK

ARACELIS FIGUEROA PARIS

Chapter 13

XXX-XX-0731

FILED & ENTERED ON 08/20/2010

Debtor(s)

## ORDER

Debtor's Motion for Reconsideration of Dismissal filed on 06/25/2010 (Docket No. 30) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this August 20, 2010.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge

c: DEBTOR
   MARILYN VALDES ORTEGA
   JOSE RAMON CARRION MORALES
   ALL CREDITORS